1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MANUEL ACALA,

        Plaintiff,

   v.

JASON F. ROBERSON *et al.*,

        Defendants.

Case No. C05-5082FDB

REPORT AND
RECOMMENDATION:

**NOTED FOR:
JULY 15th, 2005**

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is a stipulated dismissal and release and settlement agreement that asks the court to waive any further payment of the filing fee as part of the agreed settlement.  (Dkt. # 26).

The court is not aware of any authority allowing the court to waive filing fees for an inmate who is proceeding *in forma pauperis.*  Indeed the concept of waiver of the fee appears contrary to the  provisions of 28 U.S.C. § 1915 since it was amended by the Prison Litigation Reform Act.  The parties anticipated there may be a problem with the provision waiving the filing fee and in the release and settlement agreement noted "The parties also agree to sign and file a stipulated motion for entry

REPORT AND RECOMMENDATION - 1

1   of an order absolving the Plaintiff from all further payments of the filing fee in this action.  The

2   parties agree and understand that the Court is not bound to grant the parties' motion absolving the

3   Plaintiff from paying filing fees." (Dkt. # 26, Release and Settlement page 2 ¶ 5).

4          The settlement agreement does not specifically indicate there is a settlement if the court

5   rejects the motion to waive filing fees.  However, the wording of the agreement implies there is still

6   an agreement to settle the action. (Dkt. # 26).

7          The court should accept the settlement agreement but deny the motion to waive further

8   payment of the filing fee.  By submitting a Report and Recommendation instead of a Recommended

9   for Entry Order the court gives the parties a chance to submit objections which could include

10  authority for the proposition the court can waive the filing fee or argument as to whether there is in

11  fact an agreement in this case. A proposed order accompanies this Report and Recommendation.

12         Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the

13  parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed.

14  R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of

15  appeal.  <u>Thomas v. Arn</u>, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule

16  72(b), the clerk is directed to set the matter for consideration on **July 15th, 2005.**

17

18         DATED this 10th day of June, 2005.

19
                                 /S/ *J. Kelley Arnold*
20                               J. Kelley Arnold
                                 United States Magistrate Judge
21

22

23

24

25

26

27

28  REPORT AND RECOMMENDATION - 2